FRANCISCA G. DAJKOVICH, Respondent, *v.* HOTEL WALDORF-ASTORIA CORPORATION, Appellant.

Argued January 5, 1956; decided February 16, 1956.

*John F. X. Finn, William S. O'Connor, John H. Sherry, Archie B. Morrison* and *Robert A. Dwyer* for appellant.

*Charles W. Merritt* and *Gerard A. Navagh* for New York State Hotel Association, Inc., *amicus curiæ,* in support of appellant's position.

*Frederick P. Bryan, Nicholas R. Doman* and *Philip J. Wessel* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.